# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| VICTOR C.S., | Case No. 26-CV-1366 (NEB/DLM) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, Attorney General, United States Department of Justice; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

---

1.      Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than February 13, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case. Respondents may request additional time for their response if necessary.

2.      Respondents' answer should include:

a.  Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b.  A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

c.  Respondents' recommendation on whether an evidentiary hearing should be conducted;

d.  Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Andres R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025); and

e.  Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3.  If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than February 14, 2026. Petitioner may request additional time for their reply if necessary. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: February 11, 2026
Time: 7:10 p.m.

BY THE COURT:

s/Nancy E. Brasel

Nancy E. Brasel
United States District Judge