# UNITED STATES DISTRICT COURT
## District of Minnesota

Victor Caizaguano Sayay,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1366 NEB/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ORDERS Respondents to immediately return and release Petitioner in Minnesota;

   c. ORDERS that Respondents release Petitioner from custody in Minnesota subject only to the conditions of Petitioner's prior Order of Release on Recognizance. Respondents shall not impose any new conditions on Petitioner's release. Respondents must release Petitioner from custody in

Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than **two days** after entry of this Order; and

d. ORDERS that, within **four days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 2/16/2026

KATE M. FOGARTY, CLERK