**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| VICTOR CAIZAGUANO SAYAY, | Case No. 26-CV-1366 (NEB/DLM) |
| Petitioner, | |
| v. | ORDER FOR DISMISSAL |
| PAMELA BONDI, ET AL., | |
| Respondents. | |

Pursuant to the parties' Stipulation of Dismissal filed on March 27, 2026 (ECF No. 23), IT IS HEREBY ORDERED that this case is DISMISSED. Based on the dismissal of this case, the hearing scheduled for March 30, 2026 is hereby cancelled.

Dated: March 27, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge